# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1043
_____

ESTHER WILSON,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.

October 24, 2025

PER CURIAM.

   AFFIRMED.

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Esther Wilson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.